IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD
ADC # 133975                                                          PLAINTIFF

v.                      No. 5:11-cv-132-DPM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                      DEFENDANT

## JUDGMENT

Ashford's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2012